UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BARBER BROTHER CONTRACTING
COMPANY, LLC

VERSUS

THE HANOVER INSURANCE
COMPANY, ET AL

CIVIL ACTION

NO. 13-105-SDD-RLB

## RULING

The Court, after carefully considering the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Richard L. Bourgeois, Jr. dated November 6, 2013, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiffs' *Motion to Remand*[1] is denied.

Baton Rouge, Louisiana, December 2, 2013.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Record Document 18